Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
United States District of Mississippi
Northern Division

RECEIVED
NOV 24 2025
United States District Court
Northern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Nov 24 2025
ARTHUR JOHNSTON, CLERK

Mr. Donny McNeil Scott, #168949
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Judge Circuit Court Lauderdale County
Post Office Box 1005
Robert B. Bailey Et Al, Meridian, Miss.
39302
Defendant(s)

Case No. 3:25-cv-906-HTW-LGI
(to be filled in by the Clerk's Office)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Mr. Donny McNeil Scott, #108249
   All other names by which you have been known:
   ID Number:
   Current Institution: Winston-Choctaw County Regional Correctional Facility
   Address: 28062 Highway 25 North
   Louisville, Miss. 39339

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Judge Robert B. Bailey Et Al.
   Job or Title (if known): Lauderdale County Circuit Court
   Shield Number:
   Employer:
   Address: Post Office Box 1005
   Meridian, Miss. 39302
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Donna Jill Johnson, Lauderdale County
   Job or Title (if known): Circuit Clerk, Et Al.
   Shield Number:
   Employer:
   Address: Post Office Box 1005
   Meridian, Miss. 39302
   [✓] Individual capacity  [✓] Official capacity

Defendant No. 3
- Name: Mr. David Stevenson, Attorney
- Job or Title (if known): Public Offender
- Shield Number: Lauderdale County Circuit Court
- Employer: Post Office Box 1005
- Address: Meridian, Miss, 39302

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
- Name: Bilbo Mitchell, District Attorney
- Job or Title (if known):
- Shield Number: Lauderdale County Circuit Court.
- Employer: Post Office Box 1005
- Address: Meridian, Miss, 39302.

[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   14th Amendment, 8th Amendment, 5th Amendment. (Exhibit 1) Deprive any person of life, liberty, property, without due process of law; nor Deny to any person within its Jurisdiction the Equal Protection of the law. (11/30/2001 NEVER BEEN CONVICTED)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

*Exhibit 2, Scott never been convicted November 30, 2001*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Lauderdale County Circuit Judge Robert B. Bailey; Abused his Authority. Deprive me life, liberty, property without due process of Law, Nor deny me with in it Jurisdiction the Equal protection of the Laws. (Due Process Clause) (And Lauderdale County Circuit Court Administration (Exhibit 1; Falsifying Documents, Illegal Sentence)

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* Probation violater, Pretrial Detainee unrelated charge,

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(Exhibit 1)

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. Circuit Court of Lauderdale County. November 30, 2001. J was convicted. In Cause No: 493-04. (15) years 10 years 5 years PRS. J was never convicted of no crime In November 30, 2001. Falsey Documentation Administration ERRA Lauderdale County Circuit,

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. 493-04 case ran concurrent to 413-01, the 413-01 case being Charle N. Smith. Judge Robert B. Bailey Filed the Motion to the Circuit Lauderdale County January 15, 2015.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Lauderdale County Circuit Court house. August 2013. (Exhibit 1)
2013 Revocation 493-04. Stated Offender Scott was sentenced 15 years with 10 year suspended place Defended on probation. He serve 52 months in prison ERS 8 muth. 52 months probation before violation. (152-13 case)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Administration ERRA. I was never convicted In Lauderdale County Circuit Court In November 30, 0001 District Attorney Bilbo Mitchell, David Steveson Public Offender Judge Robert B. Bailey Circuit Clerk Donna Jill Johnson. The Court Sentence In cause 493-04. Run Concurrent 713-01. And 713-01 charge Is Charle N. Smith (Illegal sentence) Judge Robert B. Bailey Impose On Scott. In violation 14th 8th 5th Amendment. I show this to my probation officer Melody Linza. That was wrong the way Lauderdale County Judical District treaded me.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I lost my Job, lost my mother past away, and Daddy, Did not got to no funeral, my wife and kids no graduation, Birthdays. Then the Nurse give me Biactim Wa Allergic to it Rash me up Badly all skin came of it Burn me in pain. I slip Down In the Shower Broken my finger Lauderdale County Scott Medical Records. County Jail work on C-8 wellden the dust, Somky I was put on breading machine. I'm from Detroit,Michigan I have not Been Home In 19th year Cause I been on probation, Parole, Incarceration on 493-04 Try to Comitte Suiside kill myself. From 8-20-04 till 5-21-23

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm Requesting Money Damages; 7 trillion Dollars, Requesting All my child support be paid in fully in Mississippi (7) Seven trillion For Incarceration, probation, parole. In Cause No. 493-04 Case illegal sentence! Punitive damages.) And Pain And suffering 14th trillion Dollars. I was 27 year Now I am 49 year old.

I can go home Detroit Michigan, try pick up the peices. That my Daddy Retire from Ceylar Motor Company.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). State Penitentiary. Camp 26. Post Office Box 609 Parchman, Miss. 38738.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Scotts Judge Robert B. Bailey, Et Al. Impose A Illegal Sentence Scott, 493-04. In Violation. 14th Amendment, Double Jeopardy 5th Amendment Article 3. Sec. 22. Due Process. 5th Amendment. Article 3 Section 14. (Due Process Claus) Lauderdale County Administration. (Exhibit 1, Please Investigate) 493-04 Case Run Concurrent to M13-01 (Illegal Sentence) November 30, 2001. Scott, was never sentence, By No Judge!

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? Administrative Remedy Program Relief, State Penitentiary Post Office Box 609 Parchman, Miss. 38738.

2. What did you claim in your grievance? 493-04 is A illegal Sentence 14th Amendment, Double Jeopard, Due Process. Sentence has Expire.(Cause how my 493-04 charge Run Concurrent to 713-01): 713-01 charge is Anther Being Charle N. Smith,

3. What was the result, if any? 4th District Circuit Court Rule on the grievance. October 5, 2015, Try I get the Court State to Dismiss the illegal Sentence.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
I am do it now, to the highest Court see can the Federal Court Cang Kruit Relief, "493-04 is Illegal Sentence."

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    J file the grievance.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Threw, Inmate legal Asistrance Program. J in form the Circuit Court of Lauderdale Co. Letters. J dont Remember.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Robert B Bailey was the Sentencing Judge, he gave Someone else my Sentence is Run Concurrent with Someone eles. please fix or Dismiss it this case.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) J dont have none the Information MDOC Recorder, from 2014 to 2023 Lauderdale Co. Recorder

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

None.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number     N/A

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.     N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?  N/A

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct. 14, 2025

Signature of Plaintiff: Mr. Donny McHail Scott
Printed Name of Plaintiff: Mr. Donny McHail Scott
Prison Identification #: #108249
Prison Address: WCCRCf, 22062 Hwy 25 North
Louisville, Miss, 39339
City / State / Zip Code

B. **For Attorneys**

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City / State / Zip Code
Telephone Number: N/A
E-mail Address: